# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SEGURO MEDICO, LLC AND ARTHUR WAYNE WALSH,

                Appellants

        v.

MICHAEL HUMPHREYS, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE PENNSYLVANIA DEPARTMENT OF INSURANCE, DAVID BUONO, IN HIS OFFICIAL CAPACITY AS DEPUTY INSURANCE COMMISSIONER, MICHAEL FISSEL, IN HIS OFFICIAL CAPACITY AS THE CHIEF OF THE DEPARTMENT OF INSURANCE FIELD INVESTIGATIONS/ENFORCEMENT BUREAU, AND THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF INSURANCE,

                Appellees

: No. 7 MAP 2024
:
: Appeal from the Order of the
: Commonwealth Court at No. 293
: MD 2023 dated January 3, 2024

## ORDER

**PER CURIAM**                           **DECIDED:  August 20, 2024**

      **AND NOW,** this 20th day of August, 2024, the order of the Commonwealth Court is **AFFIRMED**.